413 A.2d 1120

Springfield Swim Club v. Drexeline Shopping Center, Inc. and Mozino, Appellants.

Argued March 19, 1979.   Leonard J. Tripodi, for appellants; John A. Prodoehl, Jr., for appellee.

Before CERCONE, P. J., WATKINS and HOFFMAN, JJ.

Order of the lower court affirmed.

May 15, 1979

413 A.2d 1120

Commonwealth v. Certaine, Appellant.

Submitted September 15, 1978.   Richard H. Knox, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

The judgments of sentence of the lower court are hereby affirmed.